# EXHIBIT 1

# EXHIBIT 1

**LAS VEGAS**
**REVIEW-JOURNAL**
**reviewjournal.com**

February 24, 2010
Copyright © Las Vegas Review-Journal

## Heller targets national monument designations

Keith Rogers

By KEITH ROGERS

LAS VEGAS REVIEW-JOURNAL

With Republicans concerned that President Barack Obama could restrict mining and drilling in the West by creating 14 **national monuments**, Rep. Dean **Heller** plans to introduce a bill "within the next day or two" requiring such **designations** in Nevada be subject to congressional approval, his spokesman said Tuesday.

The bill will be tailored after one by Wyoming's delegation in 1950 that persuaded Congress to exempt Wyoming from presidential **monument designation**. The bill was crafted in the aftermath of President Franklin Roosevelt's use of the Antiquities Act to create what was called Jackson Hole **National Monument** in 1943.

Rep. Rob Bishop, R-Utah, intends as well to introduce a **monument** exemption measure in the House soon similar to what Utah's Republican senators, Sens. Bob Bennett and Orrin Hatch, did Monday in the Senate.

**Heller**'s concern stems from a draft Interior Department memo that surfaced last week. The memo calls for carving two **national monuments** out of parts of central and Northern Nevada to protect American Indian cultural sites and habitat for sensitive wildlife.

The memo doesn't say how much acreage would be involved but describes the **monuments** as the Heart of the Great Basin in Nye County ranges and Owyhee Desert in Nevada and Oregon.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," one entry reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

The memo contains 12 other **national monument** candidate descriptions for:

· San Rafael Swell and Cedar Mesa in Utah.

· The Berryessa Snow Mountains, Bodie Hills, Modoc Plateau and Cascade-Siskiyou **National Monument** expansion in California.

· The Lesser Prairie Chicken Preserve and Otero Mesa in New Mexico.

· Northwest Sonoran Desert in Arizona.

· Vermillion Basin in Colorado.

· The San Juan Islands in Washington.

· The Northern Prairie in Montana.

An Interior Department spokeswoman has said the internal draft memo is a brainstorming effort within the Bureau of Land Management.

The spokeswoman, Dendra Barkoff, said Interior Secretary Ken Salazar asked his department's agencies to think about what areas might be worth considering for **national monuments**.

# EXHIBIT 2

# EXHIBIT 2

Home

Search... [Search]
Advanced search

- Board index ‹ General Discussion
- Change font size
- Print view

- FAQ
- Register
- Login

## 21 million acres of land closures proposed by BLM and Obama

**Moderators:** Treasurer, Dezman, Stringbean

Post a reply
Search this topic... [Search]
3 posts • Page **1** of **1**

### 21 million acres of land closures proposed by BLM and Obama

by **anthac** » Wed Feb 24, 2010 8:27 am

Dean Heller is up to date on this topic and fighting the good fight. Here is an article from todays news paper.

http://www.lvrj.com/news/heller-targets ... ubmitted=y

Heller targets national monument designations

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL
With Republicans concerned that President Barack Obama could restrict mining and drilling in the West by creating 14 national monuments, Rep. Dean Heller plans to introduce a bill "within the next day or two" requiring such designations in Nevada be subject to congressional approval, his spokesman said Tuesday.

The bill will be tailored after one by Wyoming's delegation in 1950 that persuaded Congress to exempt Wyoming from presidential monument designation. The bill was crafted in the aftermath of President Franklin Roosevelt's use of the Antiquities Act to create what was called Jackson Hole National Monument in 1943.

Rep. Rob Bishop, R-Utah, intends as well to introduce a monument exemption measure in the House soon similar to what Utah's Republican senators, Sens. Bob Bennett and Orrin Hatch, did Monday in the Senate.

Heller's concern stems from a draft Interior Department memo that surfaced last week. The memo calls for carving two national monuments out of parts of central and Northern Nevada to protect American Indian cultural sites and habitat for sensitive wildlife.

The memo doesn't say how much acreage would be involved but describes the monuments as the Heart of the Great Basin in Nye County ranges and Owyhee Desert in Nevada and Oregon.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," one entry reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

The memo contains 12 other national monument candidate descriptions for:

■ San Rafael Swell and Cedar Mesa in Utah.

■ The Berryessa Snow Mountains, Bodie Hills, Modoc Plateau and Cascade-Siskiyou National Monument expansion in California.

- The Lesser Prairie Chicken Preserve and Otero Mesa in New Mexico.
- Northwest Sonoran Desert in Arizona.
- Vermillion Basin in Colorado.
- The San Juan Islands in Washington.
- The Northern Prairie in Montana.

An Interior Department spokeswoman has said the internal draft memo is a brainstorming effort within the Bureau of Land Management.

The spokeswoman, Dendra Barkoff, said Interior Secretary Ken Salazar asked his department's agencies to think about what areas might be worth considering for national monuments.

Share & Save

anthac

> **Posts:** 131
> **Joined:** Wed Sep 23, 2009 12:28 pm
>
> - E-mail anthac

Top

### Re: 21 million acres of land closures proposed by BLM and Obama

by anthac » Wed Feb 24, 2010 8:28 am

The proposed Great Basin section is millions of acres in central Nevada.

anthac

> **Posts:** 131
> **Joined:** Wed Sep 23, 2009 12:28 pm
>
> - E-mail anthac

Top

### Re: 21 million acres of land closures proposed by BLM and Obama

by anthac » Wed Feb 24, 2010 8:30 am

Land Rights Network
American Land Rights Association
PO Box 400 – Battle Ground, WA 98604
Phone: 360-687-3087 – Fax: 360-687-2973
E-mail: alra@pacifier.com
Web Address: http://www.landrights.org
Legislative Office: 507 Seward Square SE – Washington, DC 20003

Secret Obama War On the West Set To Grab Over 21 Million Acres



-----2. House Western Caucus press release opposing the secret Obama 13 million acre Westeren lands Monument taking.

-----3. Fox News report on Obama Monument Land Grab. Get a list of the new monuments by clicking on the URL enclosed in this article.

-----4. House Resources Committee Members Press Release responding to

secret reports about Obama Monument Land Grab.

-----5. Strategy recommended by American Land Rights to defeat this new Obama War On The West. These proposed monuments being declared by President Obama without public involvement must be stopped.

-----6. Action Items: Here are some key actions for you to take to help stop these National Monuments. You must help. Please make your calls even if you have no potential monument in your state. This is a team game.

----------------------------------
- -
-----1. Obama Land Grab Agenda – Treasured Landscapes Initiative

Two parts:

-----A. Interior's Treasured Landscapes Initiative
"Buying Your Treasured Private Property"...
With Your Treasured Tax Dollars

Massive Obama Big Government conservation agenda that buys "Treasured Landscapes" made up of private land and takes Federal land off limits to you. The 2011 budget includes increases of $106.0 million for Land and Water Conservation Fund programs and $71.4 million for investments in major ecosystem restoration projects in the Chesapeake Bay, California's Bay-Delta, the Gulf Coast of Louisiana and Mississippi, and the Everglades.

Include in restoration plan the buying of massive amounts of private property and converting it to government ownership. Big government gets bigger.

There will be more background on the Obama Treasured Landscapes Land Grab in the next e-mail.

-----B. Secret plan for 13 million acre National Monument Land Grab described below. See Fox News report and press releases from Congress.

----------------------------------
- - - -

-----2. FOR IMMEDIATE RELEASE CONTACT: Melissa Subbotin

Western Caucus
US House Of Representatives --
February 18, 2010
O-202.225.0453 C-202.510.8641

President Eyes New National Monument Sites Throughout West

Many Western Caucus Members Share Concerns of Monumental Proportions

WASHINGTON, D.C. – An internal document leaked from the Department of Interior (DOI) indicates the Administration is in the process of considering whether to designate as many as 17 National Monuments located throughout the West. This document has Western Caucus Chairman Rep. Rob Bishop (R-UT) and many other Western Caucus members concerned that these sections of Western land and natural energy resources may be the next target of the Obama Administration's radical agenda.

The DOI document mentions designations and land acquisitions in 11 different western states: Utah, Montana, New Mexico, California, Nevada, Arizona, Oregon, Washington, Colorado, Alaska, and Wyoming. Approximately 13 million acres of land (possibly more) are at risk for potential designation.

"The Antiquities Act has long been misused and abused beyond its original intent. If Western members seem worried it is because we have been burned by Presidential designations in the past. The

designation process should be submitted to an open and transparent process," said Rep. Bishop.

"If such designations were to be implemented, ranching, energy production, recreation and future tax revenue for local communities could be significantly harmed. In light of such significant implications, stakeholders, local officials and community residents deserve the opportunity to provide input and voice their opinions. Anything short of that would be completely irresponsible," said Congressman Bishop, Chairman of the Congressional Western Caucus and Ranking Member on the House Natural Resources Subcommittee on National Parks, Forests and Public Lands (UT-01).

In 1996 President Clinton, with virtually no warning, designated the Grand Staircase-Escalante National Monument in Southern Utah, a 2,600-square-mile tract containing one of the U.S.'s largest known reserves of "clean coal."

"This document exposes the hidden maneuvering of the Obama Administration to potentially lock- up tremendous amounts of public and private land without public knowledge or input. This is a gross violation of the promise of transparency and open, public decision-making.

The only thing this Administration isn't trying to hide is its unwavering commitment to expanding government every chance it gets. While the President may be frustrated with his inability to pass his agenda through a Democrat-controlled Congress, he should not try to score political victories through secretly-plotted unilateral executive declarations that may please some special interest groups but will harm the livelihoods of countless American families and communities across the country," said House Natural Resources Committee Ranking Member Doc Hastings (WA-04).

"Any federal action that could lead to limited access should be done in an open and public manner using extraordinary caution. Stakeholders, residents, and local officials should have ample opportunity to provide their input and opinions on the proposal—as well as to evaluate what the impact on local economies would be in the wake of a designation.

The fact that this Administration is already circulating internal memos to bypass Congress and the public process is troubling. There should never be a rush to develop proposals that will have long lasting impacts on the local communities and county residents. The Administration should work closely with members of Congress in an open and transparent process before deciding to designate any national monuments," said Congressman Dean Heller (NV-02).

"This Administration just doesn't get it. Americans want jobs, not more federal bureaucracy and red tape. But that is exactly what they'll get if the Administration locks up even more of our energy-rich land in the West. Our natural resources hold the key to economic growth and prosperity. If the Administration puts them off limits, it will kill jobs and cut off important revenues for state and local governments," said Congressman Doug Lamborn (CO-05).

"Designating vast swaths of federal land is an antiquated process. This all-encompassing method has been overwhelmingly rejected by Congress and the American people. I am deeply concerned with the Obama Administration's intent to forgo local, state, and congressional participation.

Federal land designations have a wide-ranging impact on local communities and states. It is the role of Congress to work with all relevant parties to alleviate concerns and develop compromises. I urge the Administration to reconsider their current path, and allow the legislative process to take its course," said Congressman Jason Chaffetz (UT-03).

"The arrogance of the Administration is fully on display in yet another ploy to make Alaska the nation's largest national park," said

Rep. Young. "When the Alaska National Interest Land Claims Act was signed into law it contained a "No More" clause, which essentially said the Administration can't do what they're suggesting!

Only by an Act of Congress can more of Alaska's lands be withdrawn into conservation system units, not through Administrative action." In Alaska 'no more' means 'no more' and if this Administration thinks they can use underhanded tactics to ensure that the land is kept 'pristine' enough for their biggest fundraisers to go hiking and mountain biking they better think again," said Congressman Don Young (AK-At Large).

-30-

------------------------------------
- -

http://www.foxnews.com/politics/2010/02 ... monuments/

-----3. - FOXNews.com
William La Jeunesse
- February 18, 2010

EXCLUSIVE: Obama Eyes Western Land for National Monuments, Angering Some

More than a dozen pristine landscapes, wildlife habitats and scenic rivers in 11 Western states, some larger than Rhode Island and Delaware combined, are under consideration by the Obama administration to become America's newest National Monuments -- a decision the administration can make unilaterally without local input or congressional approval.

More than a dozen pristine landscapes, wildlife habitats and scenic rivers in 11 Western states, some larger than Rhode Island and Delaware combined, are under consideration by the Obama administration to become America's newest National Monuments -- a decision the administration can make unilaterally without local input or congressional approval.

According to internal Department of Interior documents leaked to a Utah congressman and obtained exclusively by Fox News, the mostly public lands include Arizona deserts, California mountains, Montana prairies, New Mexico forests, Washington islands and the Great Basins of Nevada and Colorado -- totaling more than 13 million acres.

Sources say President Obama is likely to choose two or three sites from the list, depending on their size, conservation value and the development threat to each one's environment.

"Many nationally significant landscapes are worthy of inclusion in the
NLCS (National Landscape Conservation System)," according to the draft report stamped NOT FOR RELEASE. "The areas listed below may be good candidates for National Monument designation and the Antiquities Act."

Click here to view a list of the sites and a brief description of each
one. http://foxnews.com/projects/pdf/021810_monumentlist.pdf

Presidential use of the Antiquities Act is highly controversial because
the White House, with the stroke of a pen, can lock up thousands of square miles of federal lands used for timber, ranching, mining and energy development without local input or congressional approval.

The Act is generally interpreted to commemorate or protect a specific historical landmark, not prohibit development or deprive local communities of jobs and tax revenues.

"Any federal action that could lead to limited access should be done

in an open and public manner using extraordinary caution," said Rep. Dean Heller, R-Nev., upon seeing the leaked report. "The fact that this administration is already circulating internal memos to bypass Congress and the public process is troubling."

In 1996, President Clinton turned 1.3 million acres of southern Utah into the Grand Staircase-Escalante National Monument without telling the Arizona or Utah congressional delegation. Highly controversial at the time, the designation has withstood numerous legal challenges to the president's authority, and the national monument remains one of Clinton's boldest environmental accomplishments.

While Western politicians are still digesting the report, several properties stand out.

-- Otero Mesa, New Mexico: The area stretches over 1.2 million acres and is home to 1,000 native species. Gov. Bill Richardson has sought protection for Otero Mesa for years, but the Bush administration targeted it for oil and gas development.

-- Heart of the Great Basin, Nevada: Researchers call it a "globally unique assemblage of cultural, wildlife and historic values" that includes thousands of petroglyphs and stone artifacts dating back 12,000 years.

-- Owyhee Desert, Oregon: Called one of the most remote areas of the United States, the Owyhee is home to the largest herd of California bighorn sheep.

-- Bodie Hills, California: Located in the fast growing eastern Sierra
Nevada mountains, Bodie contains the Golden State's best preserved ghost town. But the area is also loaded with gold, and several mining permits are pending.

-- The Modoc Plateau, California: Spanning close to 3 million acres in
the northwest corner of California, the Modoc Plateau is "laden with biological and archeological treasures." Interior officials call it the
second largest unprotected landscape in the state.

The list contains a number of political land mines for the president, according to a former Bush Interior Department appointee familiar with the document who asked to remain anonymous.

"Right now a number of senior officials are going over the report," he
told Fox News. "When Clinton did it, most of the West was red states and he didn't have any blowback. Obama has to ask himself, if he chooses a Nevada location, will it hurt (Senator Harry) Reid's re-election. The same is true in almost every (Western) state where Democrats have made serious inroads."

The list was leaked just days after a story appeared in the New York Times outlining the administration's plans to use executive power to advance his agenda in the face of congressional opposition. "We are reviewing a list of presidential orders and directives to get the job done, across a front of issues," White House Chief of Staff Rahm Emanuel told the newspaper.

Western representatives are planning a full-fledged assault on the report when Congress returns from its break next week.

Congressman Rob Bishop, R-Ut., co-founder of the Western States Coalition and now Chair of the Congressional Western Caucus, has also seen the leaked memo.

"We are taking this seriously. The tar is warming up. The pitchforks are ready. We will do what ever we need to make sure Congress is fully informed and fully aware of this action. This process should be open and transparent and President Obama should go though Congress and

do it this the right way, not by presidential fiat," said Bishop.

"Outrage. In a country as dependent on foreign oil as this one, this kind of action on public lands is simply unacceptable."

Interior Department spokesman Craig Leff told Fox News late Wednesday the leaked document "reflects some brainstorming discussions within , but no decisions have been made about which areas, if any, might merit more serious review and consideration."

Click here for FOX News RSS Feeds
http://www.foxnews.com/rss/index.html

Comments write to foxnewsonline@foxnews.com
<mailto:foxnewsonline@foxnews.com>; For FOX News Channel comments write to comments@foxnews.com
mailto:comments@foxnews.com
Â(c) Associated Press. redistributed.

---------------------------

-----4. FOR IMMEDIATE RELEASE
US House of Representatives
House Republicans – House Natural Resources Committee

CONTACT: Jill Strait or Spencer Pederson
Thursday, February 18, 2010 -- -- 202-226-2311

Hastings, Bishop Send Letter to President Over Potential Plans to Lock-Up Millions of Acres of Western Land

Internal Document Reveals Administration Looking to Designate over a Dozen New National Monuments in the West

WASHINGTON, D.C. –A recently obtained internal document from the U.S. Department of the Interior shows the Obama Administration is covertly considering designating up to 17 new National Monuments under the Antiquities Act. In addition, it shows that the Administration is also targeting thousands of acres of private land for potential acquisition by the federal government.

The proposed designations and acquisitions would lock-up at least 13 million acres of land in 11 Western states, cost hundreds of millions of taxpayer dollars and be done without Congressional approval. It would also have huge ramifications on our nation's energy, restricting access to immense oil, gas, and mineral deposits, as well as blocking pipelines and transmission corridors.

In response, House Natural Resources Committee Ranking Member Doc Hastings (WA-04) and National Parks, Forests and Public Lands Subcommittee Ranking Member Rob Bishop (UT-01) sent a letter today to President Obama expressing strong opposition to any unilateral action by the Administration to take vast amounts of land without public input.

This internal document comes on the heels of a recent New York Times article detailing how "President Obama and his team are preparing an array of actions using his executive power to advance energy, environmental, fiscal and other domestic policy priorities."

"This document exposes the hidden maneuvering of the Obama Administration to potentially lock- up tremendous amounts of public and private land without public knowledge or input. This is a gross violation of the promise of transparency and open, public decision-making," said Hastings. "The only thing this Administration isn't trying to hide is its unwavering commitment to expanding government every chance it gets. These designations would jeopardize job creation, energy production, recreational opportunities and tax revenue for local governments. While the President may be frustrated with his inability to pass his agenda through a Democrat-controlled Congress, he should not try to score

political victories through secretly-plotted unilateral executive declarations that may please some special interest groups but will harm the livelihoods of countless American families and communities across the country."

"The Antiquities Act has long been misused and abused beyond its original intent. If Western members seem worried it is because we have been burned by Presidential designations in the past. The designation process should be submitted to an open and transparent process," said Bishop. "If such designations were to be implemented, ranching, energy production, recreation and future tax revenue for local communities could be significantly harmed. In light of such significant implications, stakeholders, local officials and community residents deserve the opportunity to provide input and voice their opinions. Anything short of that would be completely irresponsible."

In the letter, Hastings and Bishop ask that the public and communities from impacted areas be given ample opportunity to be heard before any restrictive designations are acted upon. They also call on the President to meet four criteria before designating new National Monuments:

I.. Any designations must be very constrained in size and solely limited to contiguous lands already owned by the federal government.

II.. Any designations should be limited to sites that clearly "contain historic, landmarks, historic and prehistoric structures and other objects of historic or scientific interest." This is not to be used as a backdoor way to lock up lands for the general purposes of conservation.

III.. Private property should be excluded from any Monument designations, avoiding the designation of inholdings.

IV.. Designations should be limited to areas that face clearly–articulated, imminent threats.

###

http://republicans.resourcescommittee.house.gov

Facebook | YouTube | Twitter

------------------------

-----5. ALRA Strategy To Stop The Monuments.

The key to stopping the monuments is to make the Democrat Members of Congress in the Senate and House responsible for the Monuments. And they are.

They can ask President Obama not to designate any monuments in your state and it is likely that he would agree. This strategy worked in Oregon to stop two National Monuments in the 90's when President Bill Clinton was going to designate two Oregon Monuments.

There must be an uprising of opposition to the Monuments in each state insisting that the Democrat Senators and Congressman from that state forcefully and publicly request Obama not designate the Monuments in your state.

You must know that President Obama will not designate any Monuments in states where there are a significant number of Democrat Senators or Congressmen in opposition. He will not want to risk losing his Democrat allies in the November election.

So you must make any Democrat Senators and Congressmen from your state responsible for the Monuments. If they oppose them, Obama will likely not designate the Monuments.

By taking this action, one of two things will happen. First, your

Democrat Senators and Congressmen may be successful in getting Obama to take lands in your state out of any Monument Designation process. That would good for your state. The Democrat Senators and Congressmen in your state would get some credit but that's ok if you stop the Monuments.

The second thing that could happen is that if you make enough noise and clamor about this huge land grab, and Obama goes ahead and designates the Monuments, it will make your Democrat Senators and Congressmen look weak and ineffective.

That will help you defeat them in November. Many are already vulnerable and will not be eager to get the credit for creating the monuments. And that is exactly what they will be doing if they do not help you stop the Monuments now.

You must make your Democrat Senators and Congressmen responsible for any Monuments designated in your state.

Make sure they are given public credit for helping Obama designate the Monuments.

- - - - - - - - - - - - - - - - - - - - - - -

-----6. Action Items: (These are of critical importance.)

-----AA. Please forward this message to your entire e-mail list. The more people who hear about this over 13 million acre land grab the better chance you have to defeat it.

-----BB. Call, fax and e-mail any Democrat Senator from your state. You can get their contact information by calling any Senator at (202) 224-3121. Urge him or her to join the effort to stop the Monuments. He or she can stop the Monuments if they want to.

You must build public awareness that your Democrat Senators and Congressmen can stop the Monuments. It is a question of will. Make sure he or she knows you will remember how they respond to this land grab threat in the November election.

-----CC. Call, fax and e-mail any Democrat Congressmen from your state urging them to oppose the Obama Monuments. They can do it if they want to bad enough. You may call any Congressman at (202) 225-3121. Make sure they know this will be an issue in the coming election.

-----DD. Forward this message to any people in the Tea Party movement. This Obama Monument big government land grab is exactly the kind of thing they oppose.

-----EE. Call your friends and neighbors to get them to call your Congressman and both Senators. Ask them to do the same things outlined above.

Don't make your calls like a threat. Just make it clear that you and your neighbors will remember these possible Monument designations and how your Democrat Senators and Congressmen did or did not act to defend you from the Obama land grabbers.

Sincerely,
February -- 2010

Chuck Cushman
ccushman@pacifier.com <mailto:ccushman@pacifier.com>

(360) 687-3087

Please forward this message as widely as possible. This is a historic issue.

It is incredibly important for you to forward this message. By forwarding the message, you can help get millions of copies of this

MRANRacing.com • View topic - 21 million acres of land closures proposed by BLM ...    Page 10 of 10
Case 2:10-cv-00855-KJD-RJJ   Document 1-1   Filed 06/04/10   Page 14 of 20

critically important e-mail distributed. Thank you in advance for your help.

--
If you do not want to receive any more newsletters,
http://maillist.landrights.org/lists/?p ... c809786fd6

To update your preferences and to unsubscribe visit
http://maillist.landrights.org/lists/?p ... c809786fd6
Forward a Message to Someone
http://maillist.landrights.org/lists/?p ... fd6&mid=46

--
Powered by PHPlist, http://www.phplist.com --

anthac

> **Posts:** 131
> **Joined:** Wed Sep 23, 2009 12:28 pm
>
> - E-mail anthac

Top

Display posts from previous: All posts   Sort by Post time   Ascending   Go

Post a reply
3 posts • Page **1** of **1**

Return to General Discussion

Jump to: General Discussion   Go

## Who is online

Users browsing this forum: No registered users and 2 guests 2002, 2005, 2007 phpBB Group

# EXHIBIT 3

# EXHIBIT 3

Home

Search... [Search]
Advanced search

- Board index ‹ General Discussion
- Change font size
- Print view

- FAQ
- Register
- Login

## NV Senator introduces new bill for public lands

**Moderators:** Treasurer, Dezman, Stringbean

Post a reply
Search this topic... [Search]
2 posts • Page **1** of **1**

### NV Senator introduces new bill for public lands

by anthac » Thu Feb 25, 2010 11:02 am

I just wanted to say it is nice to know that at least one of our Nevada Representatives cares about keeping Nevada's public lands open. Dean Heller has my vote - Shelly Berkely by not supporting this bill shows she does not care about keeping our public lands accessable to Nevadan's. If you are in Berkely's district call her office and ask why she is not supporting this bill.

Bill would exempt Nevada from presidential authority

Heller: Monument designation needs congressional OK

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL
Without the backing of at least one of his Nevada colleagues in the House, Rep. Dean Heller introduced a bill Wednesday to exempt Nevada from the president's authority to designate national monuments without approval of Congress.

The bill by Heller, R-Nev., would add Nevada to a 1950 act signed by President Harry Truman that exempted Wyoming from such designations when Jackson Hole National Monument was dissolved and most of it added to Grand Teton National Park. The 1950 measure modified the Antiquities Act by limiting the power of future presidents to establish national monuments in Wyoming.

Similarly, Heller's bill is "to prohibit the further extension or establishment of national monuments in Nevada except by express authorization of Congress."

Rep. Shelley Berkley, D-Nev., however, is declining to back Heller's bill, said her spokesman David Cherry.

"If this law was good enough for Republican President Teddy Roosevelt, who saved the Grand Canyon and happens to be on Mount Rushmore, then it's good enough for Congresswoman Shelley Berkley," Cherry said in an e-mail late Wednesday.

The staff of Nevada's other House member, Rep. Dina Titus, D-Nev., had no immediate comment regarding Heller's bill, nor did the staffs of Sen. Harry Reid, D-Nev., and Sen. John Ensign, R-Nev.

Heller's bill stems from his concerns and those of Republican congressional members in other Western states that the Department of Interior is contemplating creation of 14 national monuments, including two in Nevada.

They're worried that without state-specific exemptions to the Antiquities Act, President Barack Obama would be able to restrict large areas of those states from mining and oil-and-gas drilling by designating national monuments.

Case 2:10-cv-00855-KJD-RJJ Document 1-1 Filed 06/04/10 Page 17 of 20

A draft internal Interior Department memo that Heller revealed last week contains descriptions of possible national monuments including one called Heart of the Great Basin in central Nevada and Owyhee Desert in Nevada and Oregon. The memo doesn't say how much acreage would be involved.

The Heart of the Great Basin contains "a globally unique assemblage of cultural, wildlife and historical values. ... Thousands of petroglyphs and stone artifacts provide insight to the area's inhabitants from as long as 12,000 years ago," the memo reads. The area contains creeks, aspen groves and habitat for sage grouse and pika, an alpine rodent.

An Interior Department spokeswoman has said the memo is a brainstorming effort that resulted from Interior Secretary Ken Salazar asking members of his department's agencies to think about what areas might be worth considering for national monuments.

Members of the Republican Western caucus are expected to send Salazar a letter today requesting additional department documents that pertain to national monument candidate sites.

anthac

**Posts:** 134
**Joined:** Wed Sep 23, 2009 12:28 pm

- E-mail anthac

Top

---

## Re: NV Senator introduces new bill for public lands

by anthac » Fri Feb 26, 2010 10:07 am

Ensign joins Heller to try to limit monument bids

By KEITH ROGERS
LAS VEGAS REVIEW-JOURNAL
U.S. Sen. John Ensign introduced legislation Thursday to quash the president's authority to establish national monuments in Nevada without approval by Congress.

The bill by Ensign, R-Nev., is a companion to one that Rep. Dean Heller, R-Nev., introduced Wednesday in the House.

Both would limit the president's authority under the Antiquities Act to designate national monuments in Nevada.

They follow an exemption Wyoming received in 1950 when Grand Teton National Park was created, and mirror a state-specific exemption sought by Utah Republicans in Congress.

The measures were triggered by a draft Interior Department memo that surfaced last week. It listed 14 candidate sites for national monuments in Western states, including two in Nevada.

Such designations by President Barack Obama could jeopardize jobs in Nevada and constrain mining, ranching and the search for more energy resources, Ensign said in a statement.

"At a time when the administration is touting its goal of job creation, these monument designations will actually take jobs away from our state," he said.

U.S. Sen. Harry Reid, D-Nev., released a statement saying the Antiquities Act "has been an important tool for setting aside certain lands for conservation and protection."

Reid, the Senate majority leader, said he has explained the history of public land protection issues in Nevada "to my friend, Ken Salazar, the Secretary of the Interior, and he appreciates the consensus building that Nevadans have done in recent

**Joined:** Wed Sep 23, 2009 12:28 pm

- E-mail anthac

Top

---

Display posts from previous: All posts  Sort by Post time  Ascending  [Go]

Post a reply
2 posts • Page **1** of **1**

Return to General Discussion

Jump to: General Discussion  [Go]

## Who is online

Users browsing this forum: Yahoo [Bot] and 1 guest

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

# EXHIBIT 4

# EXHIBIT 4

```
Type of Work:       Text

Registration Number / Date:
                    TX0007139262 / 2010-05-13

Application Title: Heller targets national monument designations.

Title:              Heller targets national monument designations.

Description:        Electronic file (eService)

Copyright Claimant:
                    Righthaven LLC, Transfer: By written agreement.

Date of Creation:   2010

Date of Publication:
                    2010-02-24

Nation of First Publication:
                    United States

Authorship on Application:
                    Stephens Media LLC, employer for hire; Domicile: United
                       States; Citizenship: United States. Authorship: text.

Rights and Permissions:
                    Chief Operating Officer, Righthaven LLC, 9960 West Cheyenne
                       Avenue, Suite 210, Las Vegas, NV,  89129-7701, United
                       States, (702) 527-5900, dbrownell@righthaven.com

Names:              Stephens Media LLC
                    Righthaven LLC

===============================================================================
```